# Exhibit 6



**Charlie A. Dooley**
*County Executive*

**Dolores J. Gunn, MD**
*Director*

## AFFIDAVIT

STATE OF MISSOURI
COUNTY OF ST. LOUIS

Before me, the undersigned authority, personally appeared Suzanne McCune, who, being duly sworn, deposed as follows:

My name is Suzanne McCune and I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the custodian of records of the St. Louis County Medical Examiner's Office. Attached hereto are eighteen pages of records of James S. Wilson from the St. Louis County Medical Examiner's Office. These eighteen pages of records are kept by myself in the regular course of business and it was routine for an employee or representative of the St. Louis County Medical Examiner's Office with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

_Suzanne McCune_
Affiant

Subscribed and sworn to before me on this 24th day of July 2012.

_signature_
Notary Public

My commission expires January 20, 2015.

```
TYWANA A. ANDERSON
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Jan. 20, 2015
Commission # 11136084
```

---

MEDICAL EXAMINER
6059 N. Hanley Road • Saint Louis, MO 63134 • PH 314/522-3262 • FAX 314/522-0955
TTY 314/615-8428 • web http://www.stlouisco.com
An Equal Opportunity Employer - Services Provided on a Non-Discriminatory Basis



| | | |
|---|---|---|
| 6039 Helen Avenue<br>St. Louis, MO  63134-2013<br>http://www.stlouisco.com | **Saint Louis COUNTY HEALTH**<br>Office of the Medical Examiner | Office: 314-522-3262<br>Fax: 314-522-0955<br>TTY: 314-615-8428 |

**WILSON, JAMES**                                                                                                              **2008-3146**
                                                                                                                                            Exam Case

## Post-Mortem Examination

Name of Deceased: WILSON, JAMES
Date/Time of Medical Examiner Notification: 5/7/2008 12:26:00 AM
Date/Time of Pathologist's Examination: 5/7/2008 2:00:00 PM
Date/Time of Pronounced Death: 5/6/2008 10:28:00 PM
Race: Black
Sex: Male
Age: 22 years
Date of Birth: 5/24/1985
Investigator: Gwen Haugen
Pathologist:  Phillip Burch, M.D.
Depth of Investigation (Investigator): Telephone Only
Depth of Investigation (Pathologist):  Complete Examination
Police Agency: St. Charles County Sheriff's Department  (Complaint No.: 08-2706)

    External Examination:   The body is that of a well developed well nourished black male who appears the stated age of 22 years.  The body is received clothed in a pair of dirty white socks with gray heels.  The body is received on a white blanket which is on a white body bag which is on a body cart.  There is an endotracheal tube in place in the right side of the mouth held in place with a blue and white plastic and velcro fastener which is wrapped around the head and neck.  Intravascular lines are in place at both antecubital fossa and held in place with clear tape.  White measuring tape is in place at the right anterior chest wall just to the right of the sternum.  White measuring tape is in place at the left shoulder.  White measuring tape is in place at the left upper abdominal quadrant.  There is a green identification band in place at the left wrist.  There is a white identification band in place at the right wrist.  There is a brown rubber band in place at the right wrist.  A cardioversion pad is in place at the mid back.  The head is normal cephalic and the scalp is covered by a short growth of dark brown hair.  There are no scars or other lesions seen on external examination of the scalp.  The mustache and goatee are also dark brown.  The eyes are brown and the pupils are dilated to 3 mm bilaterally.  There is drying artefact where the eyelids are open but where the eyes are covered with the lids the sclera and conjunctivae are clear.  The nasal septum is not significantly deviated.  The mouth has natural dentition, the tongue is midline, and the oral cavities are otherwise unremarkable on gross examination.  The ears are unremarkable on gross examination.  The neck is remarkable for abrasions which will be described under evidence of injury.  The chest has a normal contour and there are two apparent taser marks of the anterior chest wall which will be described under evidence of injury.  The abdomen is neither scaphoid nor protuberant and


NOT FOR SECONDARY RELEASE

**1**

WILSON, JAMES                                                                                   2008-3146
                                                                                               Exam Case

there is a superficial scratch of the abdomen which will be described under evidence of injury. The genitalia are those of a normal adult male on external examination and the penis is circumcised. There are two upper and two lower extremities with five normally developed digits on each. The back is 70 inches in length and weighs 145 pounds. The body is not in decomposition, livor mortis cannot be appreciated because of the subject's dark color, and the body is in full rigor mortis.

   Injuries: There are two apparent taser marks of the anterior chest wall, both of which are round, 3 mm in diameter and reddish purple in color. One lies 2 cm inferior to the sternal notch and 2 cm to the right of the midline of the chest and the other lies 12 cm inferior to the sternal notch and 1 cm to the right of the midline of the chest. These marks are related to hemorrhage that is seen 1 mm deep in the skin of the anterior chest wall.

   There is other evidence of trauma. There are three red superficial scratch like abrasions of the inferior aspect of the left anterior side of the neck, the superior most of which measures 1 x 0.1 cm in greatest dimensions, the middle one measures 2 x 0.2 cm in greatest dimensions and the most inferior of which measures 5 x 2 mm in greatest dimensions. All three of these scratch like abrasions of the neck are basically horizontally oriented with reference to the longitudinal axes of the body. There is an obliquely oriented red superficial scratch like abrasion of the left upper abdominal quadrant that measures 2.5 x 0.2 cm in greatest dimensions.

   Fractures: There is no evidence of fractures on gross examination.

   Body Cavities: The chest plate is removed in the usual manner and the organs are found in their normal anatomic relationship. The lungs are expanded bilaterally. The mediastinum is neither shifted to the right nor the left. The pleural cavities are free of excess fluid and they are free of adhesions. The pericardial sac is of the normal thickness and is free of excess fluid. The bones of the rib cage and spine are unremarkable. The fat of the anterior abdominal wall measures up to 1 cm in thickness and the muscle of the anterior abdominal wall measures up to 2 cm in thickness. No excess fluid or adhesions are found in the abdominal cavity.

   Neck Organs: The larynx, trachea and carina have the normal anatomic relationship one with another and neither they nor their surrounding musculature have evidence of hemorrhage. The carotid arteries are patent. The thyroid is unremarkable on gross examination.

   Mediastinum: The Mediastinum is neither shifted to the left or the right.

   Heart: The heart weighs 450 gms. The chambers contain a small amount of liquid blood in each. The valves are of the normal size and they are in good functional condition. The left ventricle is 2 cm thick and the right ventricle is 4 mm thick. The myocardium has normal color in consistency on cut section. The coronary arteries are of the normal size and distribution and they are free of anomaly.

   Vascular System: The aorta has a normal contour and is free of anomaly. The vena cava is unremarkable on gross examination.

   Lungs: The right lung weighs 700 gms and the left lung weighs 550 gms. The surfaces are dark reddish purple and smooth. Crepitance is reduced and excess frothy fluid exudes from the cut sections of all 5 pulmonic lobes. The pulmonary arteries and bronchial tree are free of occlusions.

   Liver: The 2000 gm liver has a smooth surface and intact capsule. It is unremarkable on cut section.

*2008-3146*   NOT FOR SECONDARY RELEASE

2

WILSON, JAMES                                                    2008-3146
                                                                 Exam Case

Biliary Tract: The gall bladder is unremarkable on gross examination.

Pancreas: The 80 gm tannish brown wedge shaped pancreas has normal color and consistency on cut section.

Gastrointestinal Tract: The esophagus has normal contour and the mucosa is intact. The stomach contains 20 cc of solid food and the mucosal is intact. The small and large bowel contain the usual fecal material. The appendix is present.

Spleen: The 140 gm purplish red bean shaped spleen has normal color and consistency on cut section.

Lymphatic System: The lymph nodes are unremarkable on gross examination.

Bone Marrow: The bone marrow is unremarkable on gross examination.

Adrenals: Both tannish yellow wedge shaped adrenal glands weigh 10 gms each and they are unremarkable on gross examination.

Kidneys: There are two tannish-brown bean shaped kidneys. The right kidney weighs 150 gms and the left kidney weighs 160 gms. Their capsules strip with some difficulty from the slightly roughened cortical surfaces. No additional lesions are seen on cut section and the ureters and renal blood vessels are patent bilaterally.

Bladder: The tan saccular bladder contains less than 5 cc of cloudy yellow urine and the orifices are patent.

Male Genital: The male genitalia are unremarkable on external examination.

Cranial Cavity: The inner surface of the scalp has no evidence of hematoma or other lesions. The calvarium has no evidence of fracture or other lesions. The inner and outer surfaces of the dura have no evidence of hematoma, organizing membrane or tumors. The cranial fossae and dural sinuses are unremarkable on gross examination. The 1450 gm brain has normal symmetry between the two hemispheres. The gyri have the normal pattern and consistency. The leptomeninges are free of blood or pus. The vessels at the base of the brain have the usual anatomic arrangement and they are free of significant atherosclerosis or anomaly. The brain stem and cerebellum are unremarkable on external examination. Coronal sections of the cerebral hemispheres do not reveal any focal lesions. The ventricles are of the normal size and they are symmetrical. Transverse sections of the brain stem and sagittal sections of the cerebellum are unremarkable on gross examination. The proximal most portion of the spinal cord is unremarkable on gross examination.

Spinal Cord: The proximal most portion of the spinal cord is unremarkable on gross examination.

_____
Phillip M. Burch, M.D.
Assistant Medical Examiner

NOT FOR SECONDARY RELEASE

3



**Saint Louis COUNTY HEALTH**

6039 Helen Avenue
St. Louis, MO 63134-2013
http://www.stlouisco.com

Office of the Medical Examiner

Office: 314-522-3262
Fax: 314-522-0955
TTY: 314-615-8428

**WILSON, JAMES**

**2008-3146**
**Exam Case**

## Microscopic

Microscopic Slide Examination:

Heart: Some of the myocardial cells have enlarged boxcar-shaped nuclei.

Lung: The lungs have acute congestion.

Liver: The liver has acute congestion.

Kidneys: Some of the renal arterioles have thickened walls.

Skin: Skin samples taken at the apparent taser marks have epithelial denudation, disrupted eosinophilic subepidermal connective tissue, and fresh hemorrhage.

Brain: Sections of the central nervous system have perivascular and perineuronal clear spaces.

_____
Phillip Burch, M.D.
Assistant Medical Examiner

NOT FOR SECONDARY RELEASE

*2008-3146*

(Printed: 10/10/2008 11:30:11 AM)

**4**



**Saint Louis COUNTY HEALTH**

6039 Helen Avenue
St. Louis, MO  63134-2013
http://www.stlouisco.com

Office of the Medical Examiner

Office: 314-522-3262
Fax: 314-522-0955
TTY: 314-615-8428

WILSON, JAMES

2008-3146
Exam Case

## Summary Sheet:

Age: 22 years            Race: Black            Sex: Male

### Findings:
I.  Cardiovascular System
    A. Heart, left ventricular hypertrophy
II. Respiratory System
    A. Pulmonary congestion and edema
III. Cutaneous Sytem
    A. Taser marks of chest
    B. Abrasions of neck and abdomen

## Cause of Death:

Immediate Cause:  Cardiac rhythm disturbance following assaultive activity resulting in police use of electronic control device in patient with left ventricular hypertrophy and acute ethanol intoxication
    Due to (b):
    Due to (c):
    Due to (d):
Other Significant Conditions:
    Other Condition (2):

Manner of Death:  Could not be determined

Phillip Burch, M.D.
Assistant Medical Examiner

NOT FOR SECONDARY RELEASE

Q:\PA Reports\Templates\SummarySheet.doc

(Printed: 10/10/2008  11:57:30 AM)

Page 1 of 1

**5**

St. Louis University Toxicology Laboratory Report
6039 Helen Ave, Berkeley, Missouri 63134

Name: WILSON, JAMES                                         Tox # 2008-3361
Age: 22 years              Race: Black                      Sex: Male

Requesting Agency: ST. LOUIS COUNTY MEDICAL EXAMINER
    (Agency's Case No.: 08-3146)

======================================================================
Blood:

  Alcohol: ANTEMORTEM 5/6 @2219
    ETHANOL: _____ 0.134 gm% (134 mg/dl)
    Acetone: _____ Negative
    Isopropanol: _____ Negative
    Methanol: _____ Negative

  Blood Limited Sample Screen: ANTEMORTEM 5/6/08 @2219
    Amphetamines: _____ Negative
    Barbiturates: _____ Negative
    Benzodiazepines: _____ Negative
    Cocaine/Metabolites: _____ Negative
    Opiates: _____ Negative
    Phencyclidine: _____ Negative
    Cannabinoids (THC): _____ Negative
    Acetaminophen: _____ Negative
    Salicylates: _____ Negative
    Oxycodone: _____ Negative
    Fentanyl: _____ Negative

  GC Screen: POSTMORTEM BLOOD
    Antidepressants: _____ Negative
    Lidocaine: _____ Negative
    Non-Opiate Narcotic Analgesics: _____ Negative
    Phenothiazines: _____ Negative
    Methadone: _____ Negative
    Propoxyphene: _____ Negative

Vitreous:

  Alcohol:
    ETHANOL: _____ 0.149 gm% (149 mg/dl)
    Acetone: _____ Negative
    Isopropanol: _____ Negative
    Methanol: _____ Negative

======================================================================

Requested by: DR. BURCH                    Date/Time: 05/07/08//02:00 PM

Received in Lab by: Judy L Barr            Date/Time: 05/08/2008//02:00 PM

Report by: DR. CHRISTOPHER LONG            Date/Time: 05/19/2008//02:14 PM

NOT FOR SECONDARY RELEASE

**6**