UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GWENNETTE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:11-CV-00790 |
| ) | |
| ST. CHARLES COUNTY, DEPUTY MATT ) | |
| HOWZE, Individually and as Deputy Sheriff of ) | |
| St. Charles County, and TASER ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF GWENNETTE WILSON'S GLOBAL APPENDIX OF EVIDENCE AND EXCERPTS OF DEPOSITIONS SUBMITTED IN OPPOSITION TO DEFENDANT TASER INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, GWENNETTE WILSON, submits the following Global Appendix of Evidence and Excerpts of Deposition Testimony including Exhibits 'A" through "AA" in Opposition to Defendant TASER International, Inc.'s Motion for Summary Judgment. The excerpts are listed as follows:

| **Exhibit Ltr.** | **Description** |
|---|---|
| A | Declaration of Michael Leonesio |
| B | Illustration of TASER® Model X26 |
| C | Case Report of Eight Subjects suffering cardiac arrest |
| D | Case report of X26 current fracturing vertebrae in a police volunteer |

| Exhibit Ltr. | Description |
|---|---|
| E | Case report of X26 current triggering a seizure in officer shot in head |
| F | TASER Training Version 12 user course, PowerPoint slides 66, 80 |
| G | TASER Training Version 12 user course, PowerPoint slide 32 |
| H | TASER Training Version 12 user course, PowerPoint slide 34 |
| I | Excerpts of Deposition of Patrick Tchou, M.D., (*Fahy*), July 18, 2012 |
| J | Effects of Cocaine Intoxication on the Threshold for Stun Gun Induction of Ventricular Fibrillation, *Journal of the American College of Cardiology,* 2006 |
| K | Cardiac Effects of Electrical Stun Guns: Does Position of Barbs Contact Make a Difference? *PACE*, 2008 |
| L | Excerpts of Deposition of Patrick Tchou, M.D., (*Mitchell*), September 23, 2013 |
| M | Cardiac Electrophysiological Consequences of Neuromuscular Incapacitating Device Discharges, *Journal of the American College of Cardiology*, 2006 |
| N | Excerpts of Deposition of Patrick Smith, (*Butler*), February 25, 2010 |
| O | Excerpts of Deposition of Richard Luceri, M.D., April 18, 2014 |
| P | Excerpts of Deposition of Richard Guilbault (*Butler*), January 14, 2010 |
| Q | Excerpts of Deposition of Douglas Klint (*Fontenot*), January 14, 2010 |
| R | Excerpts of Deposition of Jeramy D. Thom, December 13, 2013 |
| S | TASER Training Version 13, instructor course, PowerPoint slide 17 |
| T | TASER Training Version 14, user course, PowerPoint slide 12 |

| Exhibit Ltr. | Description |
|---|---|
| U | 2007 X26 Operating Manual |
| V | 2005 X26 Operating Manual |
| W | Ed. Roeher Safety Products sales receipt |
| X | Excerpts of Deposition of Deputy Matthew Howze, September 17, 2013 |
| Y | TASER Training Version 12 test and answer key |
| Z | TASER Training Version 13 test and answer key |
| AA | TASER International Training Bulletin 15.0, September 30, 2009 |
| BB | Excerpts of Deposition of Barry Thornell, November 4, 2013 |
| CC | TASER Training Version 12, user course, PowerPoint slide 13 |
| DD | TASER Training Version 12, user course, PowerPoint slide 82 |
| EE | TASER Training Version 12, Instructor course, PowerPoint slides 37, 39, 79, 93, 95 |
| FF | James Wilson Autopsy Report |
| GG | Excerpts of Deposition of Deputy Robert Bell, August 30, 2012 |
| HH | Autopsy photo of James Wilson's chest |
| II | Dataport discharge log |
| JJ | Excerpts of Deposition of Paramedic Jason Isgrigg, August 28, 2012 |
| KK | U.S. Army Center for Health Promotion and Preventive Medicine's Position Paper on whether TASER® Electro Muscular Incapacitation Launched Electrode Stun Weapons are Safe to use on U.S. Army Military and Civilian Personnel during Training |

| **Exhibit Ltr.** | **Description** |
| --- | --- |
| LL | Rule 26 expert report of Dr. Douglas P. Zipes, M.D. |

I declare under penalty of perjury that the above-noted deposition transcript excerpts are true and correct copies.

DATED: July 16, 2014  Respectfully submitted,

*WILLIAMSON LAW FIRM*
*DEVEREAUX, STOKES, NOLAN,*
*FERNANDEZ & LEONARD, P.C.*


 /s/   PETER M. WILLIAMSON
*PETER M. WILLIAMSON, Pro Hac Counsel*
*Attorneys for Plaintiff*
*20750 Ventura Blvd., Suite 345*
*Woodland Hills, CA 91364*
*Email: pmw@pwilliamsonlaw.com*
*Tel:   (818) 226-5700*
*Fax: (818) 226-5704*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2014 a true and correct copy of the foregoing was electronically served on the following:

Greg Dohrman, Esq.
St. Charles County Counselor
100 North Third St., Suite 216
St. Charles, MO 63301
Tel: (636) 949-7540
Email: jleykam@sccmo.org

Michael Brave, Esq.
Isaiah Fields, Esq.
TASER International, Inc.,
17800 North 85th St.,
Scottsdale, AZ 85255
Tel: (480) 991-0797
Email: brave@TASER.com
Email: ifields@TASER.com

John Jerry Glas, Esq.
Duetsch Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130
Tel: (504) 593-0677
Email: jglas@dkslaw.com

Matthew J. Reh, Esq.
Armstrong Teasdale
7700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105
Tel: (314) 621-5070
Email: mreh@armstrongteasdale.com

/s/ PETER M. WILLIAMSON